```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
    ─────────────────────────────────

    DAVID EVDOKIMOW,                    1:19-cv-14130 (NLH)

                 Petitioner,            **MEMORANDUM OPINION & ORDER**

         v.

    UNITED STATES OF AMERICA,

                 Respondent.
    ─────────────────────────────────
```

**APPEARANCES**:

Craig Carpenito, United States Attorney
Vera Varshavsky, Assistant United States Attorney
US Attorneys Office
District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102
     Attorneys for Respondent

Lawrence S. Lustberg
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310
     Attorneys for Petitioner

**HILLMAN, District Judge**

WHEREAS, Petitioner David Evdokimow filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255 on June 21, 2019, see ECF No. 1; and

WHEREAS, the Court ordered Respondent United States to answer the motion on July 22, 2019, see ECF No. 3; and

WHEREAS, the Court granted Respondent two extensions of

time to file its answer on August 27, 2019 and November 1, 2019, see ECF Nos. 7 & 9; and

WHEREAS, Respondent filed a third request for an extension of time on January 3, 2020, the date its answer was due under the Court's November 1, 2019 Order, see ECF No. 11; and

WHEREAS, the request did not indicate that Respondent had asked for Petitioner's consent to the extension of time prior to filing with the Court, see id.; and

WHEREAS, Petitioner filed a letter objecting to the extension of time unless he is granted bail pending the resolution of the § 2255 proceedings, see ECF No. 12

THEREFORE, IT IS on this __8th__ day of January, 2020

ORDERED that Respondent's request for an extension of time, ECF No. 11, is granted. The answer is due no later than February 14, 2020; and it is further

ORDERED that no further extensions of time will be permitted.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.